UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

CALVIN EUNICE MARSHALL
#732012,

      Plaintiff,

v.

UNKNOWN WONNACOTT, et al.,

      Defendants.

_____/

Case No. 2:25-cv-102

HONORABLE PAUL L. MALONEY

## JUDGMENT

In accordance with the Order Adopting Report and Recommendation

entered on this date:

    **IT IS HEREBY ORDERED** that Judgment is entered


Dated:  June 10, 2026                _/s/ Paul L. Maloney_____
                                      Paul L. Maloney
                                      United States District Judge