UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION
_____

CALVIN EUNICE MARSHALL
#732012,

Case No. 2:25-cv-00102-PLM-PJG

Plaintiff,                    Honorable Paul L. Maloney

v.

UNKNOWN WONNACOTT, et al.,

Defendants.
_____/

**ORDER DENYING LEAVE TO
PROCEED *IN FORMA PAUPERIS* ON APPEAL**

This is a civil rights action brought by a state prisoner under 42 U.S.C. § 1983.
The Court dismissed Plaintiff's action on June 10, 2026. (ECF Nos. 34, 35).  Plaintiff
has filed a motion to proceed on appeal *in forma pauperis*.  When the Court dismissed
Plaintiff's complaint, the Court certified that Plaintiff's appeal would not be taken in
good faith.  Because of that certification, Plaintiff is not eligible to proceed on appeal
*in forma pauperis*.  28 U.S.C. § 1915(a)(3).

Plaintiff is informed that within 28 days from the date of this notice he must
submit the $605.00 filing fee or he must file in the United States Court of Appeals for
the Sixth Circuit a motion for leave to proceed *in forma pauperis*, a certified copy of
a  prisoner  trust  account  statement,  and  an  affidavit  of  indigence.   28  U.S.C.
§ 1915(a)(2); *McGore v. Wrigglesworth*, 114 F.3d 601, 609 (6th Cir. 1997), *overruled
in other part by LaFountain v. Harry*, 716 F.3d 944, 951 (6th Cir. 2013).

Plaintiff is also notified that if he fails to pay the filing fee or to file the required documents as described above, the Court of Appeals may dismiss his appeal for failure to prosecute under Rule 3 of the Federal Rules of Appellate Procedure. *See McGore*, 114 F.3d at 610. In that case, this Court will assess the entire filing fee, which will be payable in full regardless of the previous dismissal. *See id.* In addition, the appeal will not be reinstated even if Plaintiff subsequently pays the filing fee or requests to proceed as a pauper. *See id.* Accordingly,

**IT IS ORDERED** that leave to proceed *in forma pauperis* on appeal is **DENIED** and Plaintiff must seek leave to appeal in forma pauperis in the Sixth Circuit Court of Appeals or pay the filing fee as stated above.

**IT IS SO ORDERED**.

Dated:    July 15, 2026                  /s/ Paul L. Maloney

                                          Paul L. Maloney
                                          United States District Judge

**SEND REMITTANCES TO**:

Clerk, U.S. District Court
330 Federal Bldg.
202 W. Washington St.
PO Box 698
Marquette, MI 49855

**All checks or other forms of payment shall be payable to "Clerk, U.S. District Court."**

2